ERNEST KIDWELL V. THE STATE.

No. 11254.   Delivered October 12, 1927.

**Burglary—Escape of Appellant—Appeal Dismissed.**

The appellant in this case, pending his appeal, made his escape from the custody of the sheriff on May 30, 1927; that he has made no voluntary return and has not been recaptured. These facts deprive this court of jurisdiction, and the appeal is dismissed. See Arts. 824 and 825 C. C. P.; Wilford v. State, 276 S. W. 1104.

Appeal from the District Court of Angelina County. Tried below before the Hon. L. A. Hodges, Judge.

Appeal from a conviction of burglary. Pending his appeal the appellant escaped from the custody of the Sheriff. Appeal dismissed.

The opinion states the case.

No brief filed for appellant.

A. A. *Dawson*, State's Attorney.

CHRISTIAN, JUDGE.—The offense is burglary, the punishment confinement in the penitentiary for eight years.

It is made to appear by the affidavit of the sheriff that, while in custody pending his appeal, appellant made his escape on May 30, 1927; that he has made no voluntary return, and that he has not been recaptured, and is still at large. These facts deprive this court of jurisdiction to pass upon the merits of the appeal. See Articles 824 and 825 C. C. P., and also Wilford v. State, 276 S. W. 1104.

The appeal is dismissed.

*Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.